IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 617-4 |
| | ) | |
| DONTAY A. DUNNING | ) | |

FILED
Scott L. Poff, Clerk
United States District Court
By James Burrell at 2:34 pm, Sep 22, 2017

## ORDER

On August 21, 2017, the Court was notified that Defendant Dontay Dunning wished to change his plea. A Change of Plea hearing was scheduled by the Court for September 22, 2017 at 11:30 am. During the Rule 11 proceeding, Mr. Dunning exhibited rigid movements, skin disorders and disclosed numerous mental diagnoses necessitating several medications. He contends he had received few of his medications. He also disclosed that he hears voices. Accordingly, the Court orders an examination pursuant to 18 USC 4241 and 18 USC 4242. Defendant's Change of Plea is still under advisement by the Court until the results of the Psychiatric and Psychological Examination are considered.

The Court orders that the Defendant, Dontay Dunning, be committed to the custody of the Bureau of Prisons for a psychiatric and/or psychological examination pursuant to 18 U.S.C. § 4241 and 18 U.S.C. § 4242. The Court orders this on the grounds that there is reasonable cause to suspect the mental competency of said Defendant to understand the proceedings against him now or at the time of the offense, or to properly assist in the defense of the charges pending in this case.

There appearing reasonable cause to believe that there is a substantial question as

to the mental competency of the Defendant,

IT IS HEREBY ORDERED that the Defendant shall be committed to the custody of the Bureau of Prisons for an evaluation to determine the mental condition of Dontay Dunning, pursuant to Title 18, United States Code, §4241 and Title 18, United States Code §4242, for a period of thirty days. Defendant is directed to cooperate with the Bureau of Prison's psychiatric and/or psychological evaluators during said evaluation.

IT IS FURTHER ORDERED that the Warden of the facility in which the evaluation occurs shall make a written report of his findings, pursuant to 18 U.S.C. § 4247 as soon as practicable, BUT NOT TO EXCEED THIRTY DAYS, to the Honorable Lisa Godbey Wood, Chief Judge, United States District Court, Southern District of Georgia, Post Office Box 1636, Brunswick, Georgia 31521; to Assistant United States Attorney Marcela Mateo / Charlie Bourne, Office of the United States Attorney, P.O. Box 8970, Savannah, Georgia 31412; and to Cain Smith at 50 East Main Street, Statesboro, Georgia 30459.

The examiners shall prepare a report which shall include:

1. Said Defendant's history and present symptoms;

2. A description of the psychiatric, psychological, and medical tests that were employed and their results;

3. The examiner's findings;

4. The examiner's opinions as to diagnosis, prognosis, and

    a) Whether Defendant Dontay Dunning is suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and

b) Whether Defendant Dontay Dunning was insane at the time of the offenses charged, that is, as a result of a severe mental disease or defect, was Defendant Dontay Dunning unable to appreciate the nature and quality or wrongfulness of his acts.

The Clerk of Court is hereby directed to serve a copy of this Order upon counsel of record, the United States Marshal and the Bureau of Prisons.

After the submission of the written report, the Warden shall submit his statement to the Office of the United States Attorney, ATTN Marclea Mateo / Charlie Bourne Office of the United States Attorney, P.O. Box 8970, Savannah, Georgia 31412.

SO ORDERED, this 22 day of September, 2017

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA