# United States District Court
# for the Southern District of Georgia
# Statesboro Division

FILED U.S. DISTRICT COURT BRUNSWICK DIV. 2018 MAR -6 AM 11: 48 CLERK_____ SO. DIST. OF GA.

UNITED STATES OF AMERICA, )
                                       )
    Plaintiff, )
                                       )
v. ) CR 617-004
                                       )
DONTAY A. DUNNING, )
                                       )
    Defendant. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

**SO ORDERED** this ____ day of March, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)